UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUNN & BLACK, P.S., <br><br>        Plaintiff, <br>  -vs- <br><br>THE UNITED STATES OF AMERICA; and ENVIRONMENTAL RECLAMATION, INC., an Idaho corporation; and JOHN DOE CORPORATIONS 1-10, <br><br>        Defendants. <br>------------------------------------ <br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and AMERICAN GUARANTY & LIABILITY INSURANCE COMPANY, a New York corporation, <br><br>        Intervenors. | NO. CV-04-0229-LRS <br><br>ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION AND CLOSING FILE |

On February 25, 2005, this Court entered an order denying Plaintiff Dunn and Black P.S.'s Motion for Summary Judgment; denying Intervenors' Motion for Declaratory Judgment; and finding as moot Intervenors' Alternative Motion for Stay. (Ct. Rec. 78). On March 23, 2005, Plaintiff Dunn and Black filed a Notice of Appeal to the Ninth Circuit Court of Appeals, appealing the Order of February 25, 2005. On September 10, 2007, the Court received a Mandate from the Ninth Circuit Court of Appeals with instructions to dismiss the case for lack of subject matter jurisdiction. (Ct. Rec. 116).

ORDER - 1

Accordingly, the Clerk of the Court is hereby **DIRECTED** to dismiss this case for lack of subject matter jurisdiction and close this file.

**IT IS SO ORDERED.**

The District Court Executive is **DIRECTED** to file this Order, and provide copies to counsel.

**DATED** this 11th day of September, 2007.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2